Mr. Justice Barnes delivered the opinion of the court.

---

George S. Kenny, appellee, v. E. F. McDonald & Company, appellant. Gen. No. 24,238.

Action of replevin and trover. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 29, 1919.

Cline C. Brosius and Fred and Aleck L. Bernstein, for appellant. James C. Martin and George M. Bagby, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Richard G. Pierce, appellee, v. John Happ and Hannah Happ, appellants. Gen. No. 24,257.

Bill to enforce mechanic's lien for plans and specifications for building. Decree for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded with directions. Opinion filed April 29, 1919. Rehearing denied May 10, 1919.

C. C. H. Zillman, for appellants. Marcus J. Golden, for appellee; John E. Erickson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.